Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEBRA HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>PATENAUDE & FELIX, A.P.C.,<br><br>    Defendant. | No. 2:21-cv-00686-RSL<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT'S ANSWER TO COMPLAINT |

## I. STIPULATION

IT IS STIPULATED between all Parties, through their respective counsel of record, that the deadline for Defendant to file and serve its Answer to Complaint should be extended to June 18, 2021.

DATED this 2nd day of June, 2021.

Presented jointly by:

ANDERSON SANTIAGO, PLLC.

By: s/ Jason Anderson
    Jason D. Anderson, WSBA No. 38014
    Attorneys for Plaintiff

    787 Maynard Ave. S.
    Seattle, WA 98104
    (206) 395-2665
    jason@alkc.net

LEE SMART, P.S., INC.

By: *Marc Rosenberg*
    Marc Rosenberg, WSBA 31034
    Attorneys for Defendant

    701 Pike Street # 1800
    Seattle, WA 98101
    (206) 624-7990
    mr@leesmart.com

STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT'S ANSWER TO COMPLAINT - 1
2:21-cv-00686-RSL
6846160.doc

LEE SMART
701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com

## II. ORDER

The Court, having reviewed the Stipulation of the Parties now enters the following Order: The Court hereby extends the deadline to file an Answer in this matter to June 18, 2021.

ENTERED this __3rd__ day of June, 2021.

_/s/ Robert S. Lasnik_
Hon. Robert S. Lasnik

STIPULATION AND ORDER EXTENDING
DEADLINE FOR DEFENDANT'S ANSWER TO
COMPLAINT - 2
2:21-cv-00686-RSL
6846160.doc



701 Pike Street, Suite 1800
Seattle, Washington 98101
206.624.7990 · www.leesmart.com